IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. 3:22-CR-304-S |
| | § | |
| DOMINIQUE ISRAEL | § | |

REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

Defendant **DOMINIQUE ISRAEL** is charged in a *Petition for Persons under Supervision* (Petition) and *Addendum to Petition for Persons Under for Persons under Supervision* (Addendum), Docs. 4 & 8, with violating the terms of his supervised release.  On this date, pursuant to the referral of the district judge, Doc. 20, the undersigned magistrate judge conducted a revocation hearing.  Defendant appeared in person and represented by counsel, Assistant Federal Public Defender Juan Rodriguez, and the United States appeared by and through Assistant United States Attorney Sarah Douglas.

Consistent with Defendant's *Notice of Intent Regarding Revocation Hearing,* Doc .26, he knowingly and voluntary pled true to the allegations contained in paragraphs II, III, IV, and V of the Petition and Addendum, and not true to the allegations contained in paragraph I of the Petition.  Based on the pleas of true and the evidence proffered, it is the recommendation of the undersigned that the district judge find that Defendant violated the terms of his supervised release as alleged in paragraphs II, III, IV and V of the Petition and Addendum; revoke Defendant's supervised release; and impose an additional term of imprisonment of ten months

with no further term of supervised release to follow.  It is also recommended that the Court

recommend to the Bureau of Prisons that Defendant be permitted to serve his term at FCI

Seagoville.

      **SO RECOMMENDED** on April 24, 2023.

                        RENEE HARRIS TOLIVER
                        UNITED STATES MAGISTRATE JUDGE

      In open court, the magistrate judge informed Defendant that any recommendation of

revocation of supervised release, and the imposition of any sentence, is subject to the approval of

the United States District Judge, and that Defendant may object to the magistrate judge's

recommendation before any additional sentence is imposed.

I, Defendant **DOMINIQUE ISRAEL**, hereby:

      ☒ waive my right to object to the report and recommendation of the magistrate judge
        and any right to allocution before the district judge before sentence is imposed.

      ☐ do NOT waive my right to object to the report and recommendation of the magistrate
        judge and understand that I have 14 days to file written objections.

_4 / 24 / 23_                                        
Date                                             Defendant

                                             Defense Counsel

      **Consented to by United States**          Assistant U.S. Attorney