# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:22-CR-0304-S |
| | § | |
| DOMINIQUE ISREAL (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 5], Addendum to Person Under Supervision [ECF No. 8], and the Second Addendum to Person Under Supervision [ECF No. 27] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Dominique Isreal's term of supervised release. *See* Order, ECF No. 20. The Court received the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Report & Recommendation") [ECF No. 30] pursuant to its order. Defendant waived his right to object to the Report & Recommendation and his right to allocute before the United States District Judge. *See* Report & Recommendation. The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report & Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of (10) ten months with no term of Supervised Release to follow.

1

The Court recommends that Defendant be allowed to serve his sentence at FCI Seagoville, Seagoville, Texas.

**SO ORDERED.**

SIGNED May 8, 2023.

*[Signature]*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**